UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL VALENCIA,<br>Plaintiff,<br>v.<br>J. GONZALEZ,<br>Defendants. | No. 2:26-cv-0605 CSK P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a former county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 9, 2026, plaintiff was directed to file a completed in forma pauperis affidavit or pay the required filing fee within thirty days, and was cautioned that failure to comply with the order would result in a recommendation that this action be dismissed. (ECF No. 4 at 2.) Subsequently, plaintiff wrote the Court explaining he was having difficulties getting copies from the jail, in addition to difficulties getting jail staff to complete their sections. (ECF No. 6.) On March 26, 2026, plaintiff filed a notice of change of address, demonstrating he had been released from county jail. (ECF No. 7.) On March 27, 2026, the March 9, 2026 order and the in forma pauperis application were re-served on plaintiff at his new address. Over thirty days have passed, and plaintiff has not filed a completed in forma pauperis affidavit, paid the required filing fee, or otherwise responded to the court's order.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned “Objections to Magistrate Judge’s Findings and Recommendations.” Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court’s order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 9, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/vale0605.fifp